UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN HEAD,<br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant. | Case No. CV 16-04201 GJS<br><br>ORDER OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41 |

The parties, through their counsel of record, stipulate to the voluntary dismissal of this action without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

DATED: December 07, 2016          _____
                                                    GAIL J. STANDISH
                                                    UNITED STATES MAGISTRATE JUDGE